■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY MORRIS, Appellant. [669 NYS2d 950] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered July 5, 1995, convicting him of robbery in the second degree, criminal possession of a weapon in the fourth degree, and criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in a light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit (*see, People v Schwartzman,* 24 NY2d 241, 244, *cert denied* 396 US 846; *People v Heung K. Sul,* 234 AD2d 563; *People v Schinas,* 204 AD2d 362; *see also, People v Suitte,* 90 AD2d 80). O'Brien, J. P., Pizzuto, Friedmann and McGinity, JJ., concur.